Douglas M. Foley (VSB No. 34364)
McGuireWoods LLP
2001 K Street N.W., Suite 400
Washington, DC 20006-1040
Telephone: (202) 857-1700
Facsimile: (202) 857-1737
dfoley@mcguirewoods.com

*Counsel for Haskell Construction Company/The Haskell Company*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **THE TRULAND GROUP, INC.,** ) | **Case No. 14-12766-BFK** |
| ) | **Chapter 7** |
| Debtor. ) | |
| ) | |
| **In re:** ) | |
| ) | |
| **TRULAND SYSTEMS CORPORATION,** ) | **Case No. 14-12767-BFK** |
| ) | **Chapter 7** |
| Debtor. ) | |
| ) | |
| **In re:** ) | |
| ) | |
| **PEL-BERN ELECTRIC CORPORATION,** ) | **Case No. 14-12768-BFK** |
| ) | **Chapter 7** |
| Debtor. ) | |
| ) | |
| **In re:** ) | |
| ) | |
| **BLUMENTHAL KAHN TRULAND** ) | **Case No. 14-12769-BFK** |
| **ELECTRIC, LLC,** ) | **Chapter 7** |
| ) | |
| Debtor. ) | |

| | |
|---|---|
| **In re:** | ) |
| | ) |
| **TECH, INC.,** | ) **Case No. 14-12770-BFK** |
| | ) **Chapter 7** |
| Debtor. | ) |
| | ) |
| **In re:** | ) |
| | ) |
| **THE TRULAND GROUP OF COMPANIES, CORP.,** | ) **Case No. 14-12771-BFK** |
| | ) **Chapter 7** |
| Debtor. | ) |
| | ) |
| **In re:** | ) |
| | ) |
| **SNOWDEN RIVER CORPORATION,** | ) **Case No. 14-12772-BFK** |
| | ) **Chapter 7** |
| Debtor. | ) |
| | ) |
| **In re:** | ) |
| | ) **Case No. 14-12773-BFK** |
| **TRULAND SERVICE CORPORATION,** | ) **Chapter 7** |
| | ) |
| Debtor. | ) |
| | ) |
| **In re:** | ) |
| | ) **Case No. 14-12774-BFK** |
| **TRULAND WALKER SEAL TRANSPORTATION, INC.,** | ) **Chapter 7** |
| | ) |
| Debtor. | ) |
| | ) |
| **In re:** | ) |
| | ) **Case No. 14-12775-BFK** |
| **NORTHSIDE TRULAND ELECTRIC, LLC** | ) **Chapter 7** |
| | ) |
| Debtor. | ) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICE AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of Haskell Construction Company/The Haskell Company ("Haskell") pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 342 and 1109(b) of the title 11 of the United States Code (the "Bankruptcy Code"), and requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following addresses:

> Douglas M. Foley
> McGuireWoods LLP
> 2001 K Street N.W., Suite 400
> Washington, DC 20006-1040

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, copies of any proposed disclosure statement or plan of reorganization, as required by Bankruptcy Rule 3017(a), all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a request for service and neither this request nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Haskell's right to (i) have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) trial

by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Haskell is or may be entitled under any agreement(s), in law or in equity, all of which rights, claims, actions, defenses, setoffs, or recoupments are expressly preserved.

Dated: Washington, DC
      August 5, 2014

Respectfully submitted,

 /s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
McGuireWoods LLP
2001 K Street N.W., Suite 400
Washington, DC 20006-1040
Telephone: (202) 857-1700
Facsimile: (202) 857-1737
dfoley@mcguirewoods.com

*Counsel for Haskell Construction Company/The Haskell Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 5, 2014, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS was filed electronically with the Clerk of Court using the CM/ECF system which in turn will send notification of such filing to all interested parties of record.

                                    /s/ Douglas M. Foley
                                    Douglas M. Foley

59274436_1.docx